■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS ALVAREZ, Appellant. [696 NYS2d 16] —Judgment, Supreme Court, New York County (George Roberts, J., on suppression motion; James Leff, J., at plea and sentence), rendered April 1, 1996, convicting defendant of criminal sale of a controlled substance in the second degree, and sentencing him, as a second felony offender, to a term of 9 years to life, unanimously affirmed.

Summary denial of defendant's motion to suppress identifica-

tion testimony was proper. The parties' submissions did not raise any factual issue requiring a *Wade* hearing. The identifications in this ongoing undercover operation were clearly confirmatory (*see, People v Prekuli*, 256 AD2d 77, *lv denied* 93 NY2d 877; *People v Montgomery*, 213 AD2d 563, 564, *affd* 88 NY2d 926; *People v Harewood*, 206 AD2d 437, *lv denied* 84 NY2d 1032).

We perceive no abuse of sentencing discretion. Concur—Rosenberger, J. P., Williams, Rubin, Saxe and Buckley, JJ.